Case 2:05-cv-03608-RGK-Mc   Document 3   Filed 05/17/2005   Page 1 of 5

Antonio Abrego Abrego et al v. Dole Food Company Inc et al                                                    Doc.

LODGED

Name, address and telephone number of attorney(s)

Michael L. Brem
Schirrmeister Diaz-Arrastia Brem
Pennzoil Place - North Tower
700 Milam, 10th Floor
Houston, Texas 77002

2005 MAY 16 PM 4:32
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

MAY 17 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Antonio Abrego Abrego | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV05-3608 SVW (SHx) |
| v. | |
| Dole Food Company, Inc., et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

BY FAX

**NOTICE:** Effective June 1, 2004, the fee for *Pro Hac Vice* is $185.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (form G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Michael L. Brem _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: The Dow Chemical Company _____ by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Schirrmeister Diaz-Arrastia Brem
Address: Pennzoil Place - North Tower
         700 Milam, 10th Floor    Houston, Texas 77002
Telephone number: 713-221-2530                     Fax number: 713-228-3510

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| United States Supreme Court | 2001 |
| Ninth Circuit | 2000 |
| Fifth Circuit | 1993 |
| Southern, Eastern, Western and Northern Districts of Texas | 1991, 1994, 1997, 1994 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.
I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | APPLICATION GRANTED OR DENIED |
|---|---|---|---|
| 2:03-cv-05094-NM-PJW | Franco Franco vs. Dow | 09/25/2003 | 9/25/2003 |
| 2:04-cv-00356-NM-RC | Dow vs. Florian Calderon | 01/28/2004 | 01/28/2004 |
| 2:04-cv-04792-NM-PJW | Dow vs. Sosa | 11/11/2004 | 11/15/2004 |
| 2:04-8326-SVW-RZX | Abarca Abarca vs. Dow | 11/19/2004 | 11/19/2004 |

DOCKETED ON CM
MAY 19 2005
BY _____ 021

G-64 (06/04)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE        PAGE 1 of 2

Dockets.Justia.com

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

SCANNED

I designate  Nicholas D. Kayan  as local counsel, whose business information is as follows:

Firm Name: Fillce Brown Eassa & McLeod LLP
Address:   1999 Harrison Street, 18th Floor
           Oakland, CA 94612-0850
Telephone number: 510-444-3131               Fax number:  510-839-7940

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Date:  03 May 2005

_____
Applicant Signature

I hereby consent to the foregoing designation.
Date:  10 May 2005

_____
Designee Signature

129878
California State Bar No.

### ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☒ Granted.
☐ Denied and fee ordered returned.

Date:  MAY 17 2005

_____
United States District Judge / Magistrate Judge

**CERTIFICATE OF SERVICE**
*Antonio Abrego Abrego v. Dole Food Company, Inc., et al.*
Los Angeles County Superior Court Case No. BC 331844

I am a citizen of the United States, over 18 years of age and not party to the within action. I am employed in the county of Alameda; my business address is 1999 Harrison Street, 18th Floor, Oakland, CA 94612.

On May 16, 2005, I served the within documents:

- **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

On all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

SEE ATTACHED SERVICE LIST

| | | |
|---|---|---|
| ☐ | VIA FAX: | I caused such documents to be transmitted via fax to the stated parties at their respective facsimile numbers. |
| ☒ | BY MAIL: | I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter data is more than one day after date of deposit for mailing in affidavit. |
| ☐ | VIA HAND DELIVERY: | I caused such envelope, to be hand delivered to the stated parties. |
| ☐ | VIA EXPRESS CARRIER: | I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 16, 2005, at Oakland, California.

*/s/ Heather Hauck*
Heather Hauck

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-1-

CERTIFICATE OF SERVICE

00201 32500 RHP 508890.03

11315068.tif - 5/16/2005 2:11:26 PM

<u>**SERVICE LIST**</u>

| | |
|---|---|
| Walter J. Lack<br>Sean A. Topp<br>**ENGSTROM, LIPSCOMB & LACK**<br>10100 Santa Monica Boulevard, 16th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 552-3800<br>Fax: (310) 552-9434<br>**Attorneys for Plaintiffs** | Thomas V. Girardi<br>Howard B. Miller<br>**GIRARDI & KEESE**<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>Tel: (213) 977-0211<br>Fax: (213) 481-1554<br>**Attorneys for Plaintiffs** |
| Joe J. Fisher II *(Appearing Pro Hac Vice)*<br>Mark Sparks *(Appearing Pro Hac Vice)*<br>Scott C. Kinsel *(Appearing Pro Hac Vice)*<br>**PROVOST*UMPHREY LAW FIRM**<br>P.O. Box 4905<br>Beaumont, TX 77704<br>Tel: (409) 835-6000<br>Fax: (409) 838-8888<br>**Attorneys for Plaintiffs** | Benton Musslewhite *(Appearing Pro Hac Vice)*<br>**LAW OFFICES OF BENTON MUSSLEWHITE**<br>1705 West Gray, Suite A<br>Houston, TX 77019<br>Tel: (713) 528-2000<br>Fax: (713) 526-8568<br>**Attorneys for Plaintiffs** |
| Frederick L. McKnight<br>David J. DiMeglio<br>Suzanne Cate Jones<br>**JONES DAY**<br>555 West Fifth Street, Suite 4600<br>Los Angeles, CA 90013<br>Tel: (213) 489-3939<br>Fax: (213) 243-2539<br>**Attorneys for Defendants**<br>**DOLE FOOD COMPANY, INC. and**<br>**DOLE FRESH FRUIT COMPANY** | Thomas L. Van Wyngarden<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Tel: (213) 612-2500<br>Fax: (213) 612-2501<br>**Attorneys for Defendants**<br>**DEL MONTE FRESH PRODUCE, INC. and**<br>**DEL MONTE FRESH PRODUCE (WEST COAST), INC.** |
| Boaz S. Morgag *(Appearing Pro Hac Vice)*<br>Stephen T. Ostrowski *(Appearing Pro Hac Vice)*<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: (212) 225-2000<br>Fax: (212) 225-3999<br>**Attorneys for Defendants**<br>**DEL MONTE FRESH PRODUCE, INC.**<br>**and DEL MONTE FRESH PRODUCE (WEST COAST), INC.** | J. Richard Morrissey<br>Nathan M. Spatz<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406<br>Tel: (213) 488-7100<br>Fax: (213) 629-1033<br>**Attorneys for Defendant**<br>**CHIQUITA BRANDS COMPANY, NORTH AMERICA, CHIQUITA BRANDS, IN., CHIQUITA BRAND INTERNATIONAL, INC.** |

| | |
|---|---|
| Sam Stubbs<br>David Goldberg<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, TX 77010<br>**Attorneys for Defendant**<br>**CHIQUITA BRANDS COMPANY, NORTH AMERICA, CHIQUITA BRANDS, IN., CHIQUITA BRAND INTERNATIONAL, INC.** | Lawrence P. Riff<br>Jay E. Smith<br>**STEPTOE & JOHNSON**<br>633 West Fifth Street<br>Los Angeles, CA 90071<br>**Attorneys for Defendants**<br>**SHELL OIL COMPANY** *dba* **"SHELL CHEMICAL COMPANY" and SHELL** |