**ORIGINAL**

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S DISTRICT COURT
MAY 31 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Name, address and telephone number of attorney(s)

Stephen T. Ostrowski
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTONIO ABREGO ABREGO, et al.

Plaintiff(s)

v.

DOLE FOOD COMPANY, INC., et al.

Defendant(s).

CASE NUMBER

CV05-3608 SVW (SHx)

APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

**NOTICE:** Effective June 1, 2004, the fee for *Pro Hac Vice* is $185.00 for each **case** application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (form G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Stephen T. Ostrowski                                                , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: Del Monte Fresh Produce, Inc and Del Monte Fresh Produce (West Coast), Inc. by whom I have been retained.

DOCKETED ON CM
JUN 2 2005

My *out-of-state* business information is as follows:
Firm Name: Cleary, Gottlieb, Steen & Hamilton
Address:  One Liberty Plaza
          New York, NY 10006
Telephone number: (212) 225-2000                         Fax number: (212) 225-3999

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| U.S. District Court, Southern District of New York | 3/5/02 |
| U.S. District Court, Eastern District of New York | 3/6/02 |
| New York State Courts | 7/24/01 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.
I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | APPLICATION GRANTED OR DENIED |
|---|---|---|---|
| CV04-8326 SVW (RZx) | Angel Abarca Abarca, et al. v Dole, et al | 11/30/04 | Granted |
| CV05-3607 PA (RCx) | Prospero Aceituno Linares, et al. v Dole, et al. | 5/25/05 | Filed concurrently herewith |
| CV05-3606 CAS (MCx) | Juan Jose Abrego, et al. v. Dole, et al. | 5/25/05 | Filed concurrently herewith |

G-64 (08/04)       APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE       PAGE 1 of 2

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate  Thomas L. Van Wyngarden  as local counsel, whose business information is as follows:

Firm Name: Morgan, Lewis & Bockius
Address:   300 South Grand Avenue, Suite 2200
           Los Angeles, CA 90071-3132
Telephone number: (213) 612-2590                    Fax number: (213) 612-2501

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. Pl, the F.R. Crim. P., and the F.R. Evidence.

Date: 5/25/05

*Applicant Signature*

I hereby consent to the foregoing designation.
Date: 5/27/05

*Designee Signature*

130791

California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☑ Granted.
☐ Denied and fee ordered returned.

Date: MAY 3 1 2005

United States District Judge / ~~Magistrate Judge~~

G-64 (08/04)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE        PAGE 2 of 2

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132.

On May 27, 2005, I served the within document(s):

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A A SPECIFIC CASE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ Service on one or more parties is also being done by personal service and a Proof of Personal Service will be filed with the court forthwith.

*Please see attached service list.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 27, 2005, at Los Angeles, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
Marji Arias

1-LA/833557.1

| | |
|---|---|
| | Service List |
| Walter J. Lack | Tel: 310-552-3800 |
| Sean A. Topp | Fax: 310-552-9434 |
| **Engstrom, Lipscomb & Lack** | |
| 10100 Santa Monica Blvd., 16th Floor | Attorneys for Plaintiffs |
| Los Angeles, CA 90067 | |
| | |
| Thomas V. Giradi | T: 213-977-0211 |
| Howard B. Miller | F: 213-481-1554 |
| **Girardi & Keese** | |
| 1126 Wilshire Blvd. | Attorneys for Plaintiffs |
| Los Angeles, CA 90017 | |
| | |
| Joe J. Fisher II | T: 409-835-6000 |
| Mark Sparks | F: 409-838-8888 |
| Scott C. Kinsel | |
| **Provost*Umphrey Law Firm** | Attorneys for Plaintiffs |
| P.O. Box 4905 | |
| Beaumont, TX 77704 | |
| | |
| Benton Musslewhite | T: 713-528-2000 |
| **Law Offices of Benton Musslewhite** | F: 713-526-8568 |
| 1705 West Gray, Suite A | |
| Houston, TX 77019 | Attorneys for Plaintiffs |
| | |
| Genarro A. Filice III | T: 510-444-3131 |
| Nicholas D. Kayhan | F: 510-839-7940 |
| Richard H. Poulson | |
| **Filice Brown Eassa & McLeod LLP** | Attorneys for Defendant, The Dow |
| 1999 Harrison Street, 18th Floor | Chemical Company |
| Oakland, CA 94612 | |
| | |
| Lawrence P. Riff | Tel: 213-439-9400 |
| **Steptoe & Johnson LLP** | Fax: 213-439-9599 |
| 633 West Fifth Street, Suite 700 | |
| Los Angeles, CA 90071 | Attorneys for Defendants, Shell Agricultural Co., Shell Chemical Co., and Shell Oil Company |
| | |
| Frederick L. McKnight | Tel: 213-489-3939 |
| David J. DiMeglio | Fax: 213-243-2539 |
| Suzanne Cate Jones | |
| **Jones Day** | Attorneys for Defendants, Dole Food |
| 555 West Fifth Street, Suite 4600 | Company, Inc. and Dole Fresh Fruit |
| Los Angeles, CA 90013 | Company |

1-LA/833557.1                                   2

| | | |
|---|---|---|
| 1 | J. Richard Morrissey | Tel: 213-488-7100 |
| 2 | Nathan M. Spatz<br>**Pillsbury Winthrop Shaw Pittman** | Fax: 213-629-1033 |
| 3 | **LLP**<br>725 South Figueroa Street, Suite 2800 | Attorney for Defendants Chiquita<br>Brands Company, North America, |
| 4 | Los Angeles, CA 90017-5406 | Chiquita Brands, Inc., Chiquita Brand<br>International, Inc. |
| 5 | | |
| 6 | Sam Stubbs<br>David Goldberg | Attorney for Defendants Chiquita<br>Brands Company, North America, |
| 7 | **Pillsbury Winthrop Shaw Pittman**<br>**LLP** | Chiquita Brands, Inc., Chiquita Brand<br>International, Inc. |
| 8 | 2 Houston Center<br>909 Fannin, 22nd Floor | |
| 9 | Houston, TX 77010 | |
| 10 | | |
| 11 | Michael L. Brem (*Appearing Pro Hac Vice*) | Attorney for Defendant<br>The Dow Chemical Company |
| 12 | **Schirmeister Diaz-Arrastia Brem**<br>Pennzoil Place – North Tower | |
| 13 | 700 Milam, 10th Floor<br>Houston, TX 77002 | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1-LA/833557.1                             3