# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV05-3608-SVW(SHx) | Date | June 3, 2005 |
| Title | Antonio Abrego Abrego et al vs. Dole Food Company Inc et al | | |

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

N/A                                        N/A

**Proceedings:**   IN CHAMBERS

In light of the defendant filing of a Notice of Related Cases, on 5/31/05, advising the Court of the potential related cases: CV 05-3606 CAS (Mcx) and CV 05-3607 PA (RCx), the status conference of June 13, 2005 is continued to July 11, 2005 at 3:00 p.m. to allow the Court sufficient time to resolve the potential transfer of the instant action.

All filing deadlines relating to the ex parte application are NOT continued with the new status conference date.



Initials of Preparer