/- SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 05-3608-RGK (Mc) | Date June 10, 2005 |
| Title *ABREGO v. DOLE FOOD COMPANY, INC.* | |

Present: The Honorable **R. GARY KLAUSNER, U.S. DISTRICT JUDGE**

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF JURISDICTION**

On May 13, 2005, Defendant Dow Chemical Company filed a Notice of Removal, alleging that this Court has diversity jurisdiction pursuant to the Class Action Fairness Act of 2005.

Defendant is hereby ordered to show cause in writing as to the following issues as marked:

[ ]   The action was not timely removed within 30 days of receipt of the Complaint

[ ]   There is no indication as to what fraction of the plaintiffs is attributable to California citizenship.

[ ]   There are fewer than 100 people in the named class

[ ]   Diversity does not exist between at least one plaintiff and one defendant

[ X ] The amount in controversy does not exceed $5,000,000, exclusive of interest and costs, and/or the amount in controversy for each plaintiff does not exceed $75,000.

[ ]   Other:

DOCKETED ON CM
JUN 1 3 2005
BY          021

Accordingly, the Court orders Defendant(s) to show cause in writing by **June 17, 2005** why this action should not be remanded. Plaintiff(s) may submit a response in the same time period. The Clerk shall serve this minute order on all parties to the action.

**IT IS SO ORDERED.**

_____
Initials of Preparer