SCAN ONLY

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2005
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Antonio Abrego Abrego, et al.

Plaintiff(s)

v.

Dole Food Company, Inc., et al.

Defendant(s).

CASE NUMBER
CV 05-3608 RGK (MCx)

APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Adam P. Schiffer _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant:
Shell Oil Company _____ by whom I have been retained.

My *out-of-state* business information is as follows:
King & Spalding LLP
_____
*Firm Name*

1100 Louisiana, Suite 4000
_____
*Street Address*

Houston, Texas 77002                              aschiffer@kslaw.com
_____          _____
*City, State, Zip*                                 *E-Mail Address*

(713) 751-3200                                    (713) 751-3290
_____          _____
*Telephone Number*                                *Fax Number*

DOCKETED ON CM
JUN 29 2005
BY ___ 021

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| USDC Western District Court of Texas | 2001 |
| 3rd Circuit Court of Appeals | 1987 |
| 5th Circuit Court of Appeals | 1987 |
| Texas State Bar | 1986 |
| Texas Eastern District Court | 2004 |
| USDC Southern District Court | 1987 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| CV 05-3606 RGK (MCx) | Juan Jose Abrego v. Dole Food Company, Inc. | June 17, 2005 | |

JUN 17 2005
CLERK, U.S. DISTRICT COURT 4612

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

| | |
|---|---|
| I designate | Jay E. Smith as local counsel, whose business information is as follows: |
| Firm Name: | Steptoe & Johnson, LLP |
| Address: | 633 West Fifth Street |
| | Los Angeles, CA  90071 |
| Telephone number: | (213) 439-9400          Fax number: (213) 439-9599 |

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. Pl, the F.R. Crim. P., and the F.R. Evidence.

Date: 6/16/05

_____
Applicant Signature

I hereby consent to the foregoing designation.
Date: 6/17/05

_____
Designee Signature

162832
California State Bar No.

---

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☒ Granted
☐ Denied and fee ordered returned.

Date: JUN 22 2005

_____
United States District Judge / Magistrate Judge