SEND



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ABREGO ABREGO, et al., ) | No. CV 05-3608-RGK (MCx) |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | ORDER SETTING |
| DOLE FOOD COMPANY, INC., et al., ) | SCHEDULING CONFERENCE |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

This matter is set for a scheduling conference on **September 26, 2005 at 9:00 a.m.** The Conference will be held pursuant to F.R.Civ. P. 16(b). Counsel are ordered to file a joint statement providing a brief factual summary of the case, including the claims being asserted. The parties are reminded of their obligation to disclose information and confer on a discovery plan, not later than 21 days prior to the scheduling conference. The parties shall file their Rule 26(f) report with the Court, not later than 14 days after conferring, and deliver a **conformed courtesy copy** to the Judge's courtesy box, located



outside the clerk's office, Room 181-L at the Roybal Federal Building. Failure to comply may lead to the imposition of sanctions.

DATED: JUL 1 2 2005

*Gary Klausner*

R. Gary Klausner
United States District Judge