Name and address

Samuel E. Stubbs
Pillsbury Winthrop Shaw Pittman LLP
909 Fannin, Suite 2200
Houston, Texas 77010

SCAN ONLY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Antonio Abrego Abrego, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 05-3608RGK (Mcx) |
| v. | |
| Dole Food Company, Inc., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of _____Samuel E. Stubbs_____,
                                                                    *Applicant's Name*

of ___Pillsbury Winthrop Shaw Pittman LLP___ for permission to appear and participate in the above-entitled
            *Firm Name*

action on behalf of  ☐ Plaintiff   ☑ Defendant   Chiquita Brands Inc., Chiquita Brands International, Inc.,

and the designation of ____J. Richard Morrissey____ of ___Pillsbury Winthrop Shaw Pittman LLP___
                        *Local Counsel Designee*              *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated  September 20, 2005              _____
                                        U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
SEP 21 2005
BY ___ 021

44

G-64 ORDER (06/05)       ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.com