Antonio Abrego Abrego et al v. Dole Food Company Inc et al                                    Doc. 4

Name and address

David Goldberg
Pillsbury Winthrop Shaw Pittman LLP
909 Fannin, Suite 2200
Houston, Texas 77010

FILED
CLERK, U.S. DISTRICT COURT

SEP 20 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

SCAN ONLY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Antonio Abrego Abrego, et al. | CASE NUMBER |
| Plaintiff(s) | CV 05-3608RGK (Mcx) |
| v. | ORDER ON |
| Dole Food Company, Inc., et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of _____ David Goldberg _____,
<br>*Applicant's Name*

of ____ Pillsbury Winthrop Shaw Pittman LLP ____ for permission to appear and participate in the above-entitled
<br>*Firm Name*

action on behalf of ☐ Plaintiff  ☑ Defendant  Chiquita Brands Inc., Chiquita Brands International, Inc.,

and the designation of _____ J. Richard Morrissey _____ of ____ Pillsbury Winthrop Shaw Pittman LLP ____
<br>*Local Counsel Designee*                           *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  September 20, 2005 _____

_____
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM

SEP 21 2005

BY _____ 021

Dockets.Justia.co