Case 2:05-cv-03608-RGK-Mc   Document 47   Filed 09/26/2005   Page 1 of 1

Antonio Abrego Abrego et al v. Dole Food Company, Inc et al                                                      Doc. 4

SCAN ONLY



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 05-3606-RGK (Mcx)<br>CV 05-3608-RGK (Mcx) ✓ | Date   September 26, 2005 |

Title   ***JUAN JOSE ABREGO, et al. v. THE DOLE FOOD COMPANY, INC., et al.***
        ***ANTONIO ABREGO ABREGO, et al. v. THE DOLE FOOD COMPANY, INC., et al.*** ✓

---

Present: The Honorable   R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Lynne Smith | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Sparks<br>Elizabeth Crooke<br>Jay Smith<br>Richard Poulson | Thomas Van Wyngarden<br>Boaz Morag<br>J. Richard Morrissey<br>Michael Brem<br>Suzanne Jones |

**Proceedings:**   **SCHEDULING CONFERENCE**

Court and counsel confer. Due to the motion still pending before the Court, the scheduling conference is CONTINUED to November 21, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

DOCKETED ON CM
SEP 28 2005
BY ____ 021

Initials of Preparer    :   5
                            slw