Antonio Abrego Abrego et al v. Dole Food Company Inc et al                                    Doc. 4

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 05-3608-RGK (Mcx) | Date   October 11, 2005 |
| Title | ***ANTONIO ABREGO ABREGO, et al. v. DOLE FOOD COMPANY, et al.*** | |

Present: The Honorable   R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**         **(IN CHAMBERS) ORDER REMANDING ACTION**

On June 10, 2005, the Court issued an Order to Show Cause re Lack of Jurisdiction. Defendant Dow Chemical was ordered to respond in writing and show that the amount in controversy requirements of the Class Action Fairness Act of 2005 were met. On June 17, 2005, Defendant filed its Response.

Upon review and consideration of Response, the Court finds that Defendant has failed to meet its burden of showing that the action constitutes a "mass action," as defined by the applicable statute (i.e., there are 100 or more plaintiffs over which this court has jurisdiction that can be proposed to be tried jointly). As such, the Court determines that it lacks subject matter jurisdiction over this case, and remands the action to state court.

IT IS SO ORDERED.



Initials of Preparer                                      slw

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

49

Dockets.Justia.co