# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| ANTONIO ABREGO ABREGO, | No. 06-55109 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CV-05-03608-RGK |
| v. | |
| THE DOW CHEMICAL CO, et al.; et al., | **JUDGMENT** |
| Defendants - Appellants. | |



RECEIVED
CLERK, U.S DISTRICT COURT
MAY - 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Tuesday, April 4, 2006



DOCKETED ON CM
MAY - 2 2006
BY _____ 029



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 26 2006
Deputy Clerk